# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM GHADIRI,**<br>   Plaintiff,<br>   vs.<br>**KALLAPA G. RAMPUR, ET AL.,**<br>   Defendants. | CASE NO. 19-cv-02675-YGR<br><br>**JUDGMENT** |

The Court has granted plaintiff's motion for entry of default judgment. Consequently, **DEFAULT JUDGMENT IS ENTERED** in favor of plaintiff Adam Ghadiri and against defendants Kallapa Rampur, Sujata Rampur, and SKRR Corporation in the amount of $4,000 in statutory damages, $2,867.50 in attorneys' fees, and $587.50 in costs, for a total of $7,455.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: May 27, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**